FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 04-1402-GAF |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| Minh Trong Chu ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Cent. Dist. of Calif. for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on prior SR violation, no steady residence, no known

1  _bail resources_
2  _prior absconding from supervision, fugitive for two years_ _earlier a fugitive for five years_
3  _citizen of Vietnam_
4     and/or
5  B. ( ) The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on:_____
10    _____
11    _____
12    _____
13
14    IT THEREFORE IS ORDERED that the defendant be detained pending
15    the further revocation proceedings.
16
17    Dated: __4/4/13__                    _/s/ Jean Rosenbluth_
                                           JEAN ROSENBLUTH
18                                         U.S. MAGISTRATE JUDGE

2